THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL SOTO, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.——

No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

THOMAS RAINIS, Appellant, v. ANTHONY J. SINICROPI, Respondent.——

No opinion. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

ROSEMARY RINO, an Infant, by ROSE RINO, Her Guardian ad Litem, et al., Appellants, v. JOHN McCORMICK, Respondent.——

The record presents issues of fact as to defendant's liability which should be resolved after a trial. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

PETER ROSANTE, Appellant, v. BOBBIE L. COPENHAVER, Defendant. In the Matter of PETER ROSANTE, Appellant, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent.——

In our opinion, the application, made on September 11, 1959, was within 120 days of the accrual of the cause of action on May 14, 1959 (General Construction Law, § 20); hence, the application was timely. Nevertheless, the application was properly denied. The record fails to disclose that the petitioner or applicant "is an infant or is mentally or physically incapacitated or is deceased, and by reason of such disability or death * * * [was] prevented from filing the affidavit [as provided in the statute]," (Insurance Law, § 608, subd. [c]). Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

RICHARD I. SCHOPPS, Appellant, v. DOMENICO PENSA, Respondent.——

The uncontroverted medical evidence establishes the improbability of plaintiff's survival until the time of trial if the trial were held in the regular sequence. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.